

# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2019

No. 04-19-00474-CV

**IN THE INTEREST B.J.A., A CHILD,**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00541
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

Elva Chapa's notification of late reporter's record is hereby GRANTED. Time is extended to August 10, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of August, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court